No. 796, Misc.  TUDOR v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 822, Misc.  RODRIGUEZ v. CRAVEN, WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 826, Misc.  ROLAND v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 829, Misc.  FEAR v. JOHNSON, WARDEN, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 832, Misc.  LOPEZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 833, Misc.  BARRETT v. McMANN, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 834, Misc.  CARMAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 835, Misc.  ORTIZ v. BAKER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 836, Misc.  ADAMS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 839, Misc.  WARD v. CALIFORNIA.  C. A. 9th Cir. Certiorari denied.

No. 850, Misc.  LUDLOW v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.